IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-21984-DPG

AARON SILBERMAN, an individual, and
AMJ MISIL AB LLC, a Florida limited liability
company,

    Plaintiffs,

vs.

PREMIER BEAUTY AND HEALTH LLC, a
Florida limited liability company, JORGE HANE,
an individual, and FLORENCIA HANE, an
individual, jointly and severally,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF RESPONSE WITH RESPECT TO PLAINTIFFS' NOTICE [DE 338) RE: ORDER [DE 315]

Defendants, PREMIER BEAUTY AND HEALTH LLC, JORGE HANE AND FLORENCIA HANE, by and through undersigned counsel, file this Notice of Response to Plaintiffs' Notice [DE 338] Re: Order [DE 315], as follows:

1. Plaintiffs have filed yet another motion, wasting this Court's time, complaining that Defendants failed to file its witness and exhibit lists on or before May 11, 2023 (before the *Daubert* hearing) (when the Plaintiffs filed their exhibit and witness list just 11 minutes prior to the aforesaid hearing).

2. Plaintiffs fail to acknowledge that (based upon Plaintiffs' request), the trial in this matter is now set for October 10, 2023 (see DE 332). That order mandates that the due date for the

filing of the pretrial stipulation is to be on September 1, 2023.

3. While Plaintiffs cite to the Order [DE 315], it is ultimately unclear how that portion of the Order is effected by the subsequent rescheduling of the trial and certainly the exhibit list is part of the pretrial stipulation.

4. Further, Plaintiffs claim <u>without any support</u> that somehow it is prejudiced by Defendants' failure to provide an exhibit and witness list, when Defendants filed a witness list on December 2, 2021. [DE 132].

5. Finally, Plaintiffs' motion should be denied simply because Plaintiffs' motion does not contain a meet and confer certificate as mandated by LR 7.1(c).

WHEREFORE for the reasons set froth herein, Defendants ask this Court to deny Plaintiffs' motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

          WOLFE LAW MIAMI PA
          175 SW 7th Street, Suite 2410
          Miami, Florida 33130
          P: 305.384.7370
          F: 305.384.7371

Email: rwolfe@wolfelawmiami.com

By: /s/ Richard C. Wolfe
Richard C. Wolfe, Esq.
Florida Bar No.: 355607

Kozyak Tropin &Throckmorton
2525 Ponce De Leon Blvd, Suite 900
Coral Gables, FL 33134
Email: jal@kttlaw.com

By: *s/Javier A. Lopez*
Javier A. Lopez, Esq.
Florida Bar No. 16727

Attorneys for Defendants

## **SERVICE LIST**

Alexander Flint, Esq.
G & F Law Group, LLP
221 W. Hallandale Beach Blvd.
Suite 209
Hallandale Beach, FL 33009
acf@gflawgroup.com

Ariel Rapaport, Esq.
15807 Biscayne Blvd.
Suite 217
North Miami Beach, FL 33160
arap@gflawgroup.com

Irain Alberto Gonzalez, Esq.
Gosz & Gonzalez, PL
2250 SW 3rd Avenue
Suite 500
Miami, FL 33129
iag@gflawgroup.com