UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21984-DPG

AARON SILBERMAN
and AMJ MISIL AB LLC,

        Plaintiffs,

v.

PREMIER BEAUTY AND HEALTH LLC,
JORGE HANE,
and FLORENCIA HANE,

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation Re: Cross-Motions for Summary Judgement (the "Report"). [ECF No. 364]. On February 15, 2023, Defendants Premier Beauty and Health LLC, Jorge Hane, and Florencia Hane filed their Motion for Partial Summary Judgment as to Counts I, II, III, IV, V, and VIII of Plaintiffs' Amended Complaint and Incorporated Memorandum of Law. [ECF No. 264]. On February 15, 2023, Plaintiff AMJ Misil AB LLC ("AMJ") filed its Motion for Final Summary Judgment. [ECF No. 268]. On April 13, 2023, AMJ was granted leave to file an amended motion for summary judgment, [ECF No. 315], which it filed on April 19, 2023, [ECF No. 316]. On April 10, 2023, the case was referred to Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 309]. Judge Otazo-Reyes' Report recommends that the Court deny Defendants' Motion for Partial Summary Judgment, AMJ's Motion for Final Summary Judgment, and AMJ's Amended Motion for

Partial Summary Judgment. [ECF No. 364]. On September 14, 2023, AMJ filed its Corrected Objections to Magistrate Judge Otazo-Reyes' Report and Recommendation Re: Cross-Motions for Summary Judgment.[1] [ECF No. 366]. Defendants did not timely object to the Report, so their objections will not be considered. [ECF No. 367].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Otazo-Reyes' well-reasoned analysis and agrees that the matters must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) AMJ Misil AB LLC's Objections to Magistrate Judge Otazo-Reyes' Report and Recommendation Re: Cross-Motions for Summary Judgment, [ECF No. 365], and Corrected Objections to Magistrate Judge Otazo-Reyes' Report and Recommendation Re: Cross-Motions for Summary Judgment, [ECF No. 366], are **OVERRULED**;

---

[1] AMJ initially filed its Objections to Magistrate Judge Otazo-Reyes' Report and Recommendation Re: Cross-Motions for Summary Judgment. [ECF No. 365]. This Court deems AMJ's original Objections, [ECF No. 365], to be subsumed in its Corrected Objections, [ECF No. 366].

(2)  Magistrate Judge Otazo-Reyes' Report and Recommendation, [ECF No. 364], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(3)  Defendants' Motion for Partial Summary Judgment as to Counts I, II, III, IV, V, and VIII of Plaintiffs' Amended Complaint and Incorporated Memorandum of Law, [ECF No. 264], is **DENIED**;

(4)  AMJ Misil AB LLC's Motion for Final Summary Judgment, [ECF No. 268], is **DENIED**;

(5)  AMJ Misil AB LLC's Amended Motion for Partial Summary Judgment, [ECF No. 316], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE