UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-21984-DPG

AARON SILBERMAN and
AMJ MISIL AB LLC,

    Plaintiffs,

v.

PREMIER BEAUTY AND HEALTH LLC,
JORGE HANE and FLORENCIA HANE,

    Defendants.
_____/

**NOTICE OF FILING**
**PARTIES JOINT STATEMENT OF THE CASE**

Defendants, Premier Beauty & Health LLC, Jorge Hane and Florencia Hane, by and through undersigned counsel, and pursuant to this Court's Order dated April 5, 2024 [DE 487], hereby give notice of filing the parties' agreed Joint Statement of the Case in the form attached hereto as Exhibit A.

    Respectfully submitted,

    WOLFE LAW MIAMI PA
    175 SW 7th Street, Suite 2410
    Miami, Florida 33130
    P: 305.384.7370
    F: 305.384.7371
    Email:
    rwolfe@wolfelawmiami.com

By: /s/ Richard C. Wolfe
Richard C. Wolfe, Esq.
Florida Bar No.: 355607

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

I. Albert Gonzalez, Esq.
IAG Law, PLLC
320 Seven Springs Way
Brentwood, Tennessee 37027
iag@iaglawpllc.com

Anthony C. Hevia, Esq.
Hevia Law Firm
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, Florida 33134
anthony@hevialawfirm.com
courtney@hevialawfirm.com
susy@hevialawfirm.com

/s/ Richard C. Wolfe
Richard C. Wolfe

# **EXHIBIT A**

## JOINT STATEMENT OF THE CASE

On August 2019, Plaintiffs agreed to invest $400,000 in Premier Beauty and Health, LLC ("Premier") in return for a 10% ownership interest that was owned by Florencia Hane ("Hane"), on the condition that Aaron Silberman ("Silberman") be the chief operating officer of Premier. In August 2019 Silberman began to work as the chief operating officer. After about a month of doing so, AMJ Misil AB LLC ("AMJ") invested $100,000 and later it invested $300,000.

From August 2019 until late February 2020, Silberman served as the chief operating officer and Florencia served as the president of Premier. The parties agreed that Florencia would get a salary of $12,000 a month and Aaron would get a salary of $10,000 per month.

Florencia's husband Jorge served as a consultant to Premier and was not paid a salary. On January 2020, Premier aired its first TV show. In February 2020 AMJ invested another $50,000 in Premier in return for an additional 10% interest.

In late February 2020, Plaintiff Silberman ceased working for Premier. There is a disagreement between Plaintiff Silberman and the Defendants as to whether he was fired or quit, and the reasons therefor. AMJ asserts five counts for securities violations, claiming that their investment in Premier is an unregistered security.

AMJ alleges that, in order to induce its investment in Premier, Defendants: a) made material misrepresentations and failed to disclose material facts to AMJ; and b) falsely promised Plaintiff Silberman, in his individual capacity (separate and apart from his role as a member of AMJ), a job at Premier where he would be mentored by Defendant Jorge Hane in all aspects of Premier's business. Plaintiffs allege that AMJ relied on Defendants' material misrepresentations and material omissions in deciding to invest in Premier. Defendants deny these claims. Defendants deny that any misrepresentations were made to Plaintiffs because all negotiations were with Salomon Mishaan, and these alleged misrepresentations were not material in AMJ's decision to invest.

Premier denies that the investment in this closely held limited liability company is a security, because Silberman, as the COO of Premier was active in the business of Premier and therefore the investment is not a security

AMJ further alleges that upon AMJs' transfer of $400,000 in investment funds (toward its $450,000 investment in Premier) in September 2019, Defendant

Florencia and Jorge Hane caused $100,000 of AMJ's investment funds, to be transferred to one of Florencia Hane's personal bank accounts, without authorization from AMJ, and that Defendants otherwise improperly used AMJ's investment funds. Defendants deny these claims and claim that Florencia was authorized to transfer $100,000 of AMJ's investment funds to her personal bank account in September 2019, that they did not misuse AMJ's investment funds and that all funds was spent as agreed.

Premier paid Florencia a salary of $12,000 per month and Aaron a salary of $10,000 per month from August 2019 until January 2020. Both salaries were paid using AMJ's investment funds. Silberman asserts a claim for failure to pay him salary for the month of February. In response, Premier asserts that all parties agreed that no salaries would be paid in February.

Premier has asserted a claim against Silberman because he quit his employment without notice leaving Premier in a bad situation with the TV network, its supplier and fulfillment company and causing the spokesperson to quit. Silberman denies this. These are the factual claims that you will have to decide at the end of the case. I will explain to you the law that you will apply in reaching your verdict.