UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-21984-DPG

AARON SILBERMAN and
AMJ MISIL AB LLC,

    Plaintiffs,

v.

PREMIER BEAUTY AND
HEALTH LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Lauren F. Louis (the "Report"). [ECF No. 668]. On September 10, 2024, Plaintiffs filed a Motion for Attorney's Fees and Non-Taxable Costs (the "Motion"). [ECF No. 566]. On August 13, 2025, Judge Louis issued her Report recommending the Motion be granted, in part, such that Plaintiffs be awarded $1,388,463.46 in reasonable attorneys' fees. [ECF No. 668]. On August 21, 2025, Defendant Jorge Hane, appearing *pro se*, timely objected to the Report. [ECF No. 671]. On September 4, 2025, Plaintiffs filed a response to Defendant's objection. [ECF No. 673].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has now conducted a *de novo* review of the record, including the Report, the Motion, Defendant's objection, and Plaintiffs' response. The Court agrees with Judge Louis' well-reasoned analysis and conclusion that the Motion should be granted in part.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 668], is ADOPTED in full.

(2) Plaintiffs' Motion is GRANTED in part and DENIED in part. Plaintiffs shall be awarded $1,388,463.46 in reasonable attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of September, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE